### IN RE O'KEEFE.

(No. 4,990.)

(Decided March 20, 1922.)

[205 Pac. 667.]

*Attorneys — Disbarment — Reinstatement — Insufficiency of Showing.*

1. Petition for reinstatement of a disbarred attorney at law denied, in view of an adverse report by the attorney general on petitioner's moral fitness to practice law, and the further fact that before his disbarment he had been suspended for an offense justifying disbarment.

APPLICATION by Robert E. O'Keefe for reinstatement as an attorney at law. Petition denied.

Opinion: PER CURIAM.

On October 7, 1918, petitioner R. E. O'Keefe was disbarred [1] from the practice of law in this state. (55 Mont. 200, 175 Pac. 593.) He has petitioned for reinstatement, and a careful investigation and review of his case has been made by us so as to avoid any possible injustice. The attorney general was directed to make full investigation and report as to protests against petitioner's reinstatement, and his moral fitness to practice law, which has been done, and a complete report made and filed herein by the attorney general. We have

given the petitioner every consideration, realizing his sad plight, and that to this court alone may he appeal for relief. Our disposition is forgiving, but we have a solemn duty to the profession and the public, which must be performed without regard to feelings of sympathy. The petitioner has been given every opportunity.

Once before he was up for disbarment (49 Mont. 369, L. R. A. 1915A, 514, 142 Pac. 638), and in that instance this court dealt most leniently with him, suspending him from practice for thirty days for an offense justifying his disbarment. We do not believe he is possessed of the moral conceptions requisite for the practice of law, and his petition is therefore denied.